# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re Sealed Warrant Affidavits for the Search of 1372 Babbling Court, Mesquite, Nevada, and Any Other Search Warrants Connected to Stephen A. Paddock or the Crimes Committed October 1, 2017, at the Route 91 Harvest Country Music Festival

Case No.: 2:17-cv-2775-JAD-PAL

**Order**

[ECF Nos. 12, 14, 16]

After a hearing on January 12, 2018, I granted the petition and unsealed more than 300 pages of federal search warrants related to Stephen A. Paddock and the October 1, 2017, shooting at the Route 91 Harvest Festival.[1] I kept one exhibit sealed, however—a state court warrant, which Eighth Judicial District Court Judge Elissa Cadish was scheduled to consider unsealing just days later. After Judge Cadish unsealed the state-court warrants, I ordered the government to show cause why I shouldn't unseal that final exhibit.[2] The government timely responded by filing an unsealed copy of that warrant[3] and moving to unseal all the federal cases containing the search warrants related to Paddock.[4] The media petitioners join in that motion.[5]

Good cause appearing, IT IS HEREBY ORDERED that **the government's obligations under the show-cause order [ECF No. 12] are deemed satisfied and discharged**;

IT IS FURTHER ORDERED that **the government's motion to unseal [ECF No. 14, 16] is GRANTED.** The Clerk of Court is directed to **UNSEAL the following cases,** redacting from the documents filed in those cases only personal-data identifiers as Local Rule IC 6-1 requires:

---

[1] ECF No. 6.

[2] ECF No. 12.

[3] ECF Nos. 13-1, 13-2.

[4] ECF No. 14. The government supplemented the list of case numbers at ECF No .16.

[5] ECF No. 15.

| | | |
|---|---|---|
| 2:17-mj-958 | 2:17-mj-967 | 2:17-mj-973 |
| 2:17-mj-959 | 2:17-mj-968 | 2:17-mj-1009 |
| 2:17-mj-960 | 2:17-mj-970 | 2:17-mj-1010 |
| 2:17-mj-961 | 2:17-mj-971 | |
| 2:17-mj-962 | 2:17-mj-972 | |

The Clerk of Court is also directed to FILE a copy of this order in each of the cases listed above.

And because the unsealing of these documents resolves all issues raised in this case, IT IS FURTHER ORDERED that the Clerk of Court is directed to **CLOSE THIS CASE**.

Dated this 26th day of February, 2018.

_____
U.S. District Judge Jennifer A. Dorsey